United States District Court
Southern District of Texas
**ENTERED**
February 23, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO CERTIFICATE NO. IPRI-GL-18-295,<br><br>    Plaintiff,<br>VS.<br><br>SUPERIOR NATIONWIDE LOGISTICS, LTD., LAZAVEON COLLINS, and EBONY COLLINS,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br><br>CIVIL ACTION NO. 4:20-CV-00376 |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court is Defendant Superior Nationwide Logistics, Ltd.'s Motion to Dismiss (Doc. 9), which had been referred to Magistrate Judge Dena Hanovice Palermo for a report and recommendation. On February 7, 2021, Judge Palermo issued the Report and Recommendation (Doc. 23), recommending that the Motion to Dismiss be denied. The time for filing objections has passed, and no objections were filed.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error. Finding no clear error, the Court adopts the Report and Recommendation in its entirety. Accordingly, the Motion to Dismiss is **GRANTED** and the case **DISMISSED**.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 23rd day of February, 2021.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE